# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   7 |
| | : | |
| Deidre Lynn Rhodes | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11133JKF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 25, 2020, this case is hereby DISMISSED.

**Date: March 10, 2020**

Jean K FitzSimon
United States Bankruptcy Judge

Missing Documents:
 Matrix List of Creditors
 Ch 7 Income Form 122A-1
 Means Test Calculation 122A-2
 Schedules A/B-J
 Statement of Financial Affairs
 Summary Assets & Liabilities B106

bfmisdoc