United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deidre Lynn Rhodes  
    Debtor

Case No. 20-11133-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 10, 2020  
                 Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
```
db             +Deidre Lynn Rhodes,    401 E. Basin Street,    Norristown, PA 19401-4060
cr             +U.S. Bank National Association, (Trustee for the P,   c/o REBECCA ANN SOLARZ,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14476772       +U.S. Bank National Association,,    Trustee for the PA Housing Finance Agenc,
                 c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 11 2020 03:01:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 11 2020 03:01:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 11 2020 03:01:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Deidre Lynn Rhodes | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11133JKF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 25, 2020, this case is hereby DISMISSED.

**Date: March 10, 2020**

Jean K FitzSimon
United States Bankruptcy Judge

Missing Documents:
Matrix List of Creditors
Ch 7 Income Form 122A-1
Means Test Calculation 122A-2
Schedules A/B-J
Statement of Financial Affairs
Summary Assets & Liabilities B106

bfmisdoc