**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | **Chapter 7** |
| **DEIDRE LYNN RHODES,** | ) ) ) | **Case No. 20-11133-JKF** |
| **Debtor.** | ) ) |  |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

Kindly withdraw the Trustee's initial report & first meeting held filed on March 30, 2020 at D.I No. 17.

Dated: 3/31/2020                GELLERT SCALI BUSENKELL & BROWN, LLC

                    By:    */s/ Gary F. Seitz*
                        Gary F. Seitz, Esquire
                        8 Penn Center
                        1628 John F. Kennedy Blvd, Suite 1901
                        Philadelphia, PA 19103
                        Telephone: (215) 238-0010
                        Facsimile: (215) 238-0016
                        gseitz@gsbblaw.com

                        *The Chapter 7 Trustee*